# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. CR-04-103-BLG-DLC |
| Plaintiff, | |
| vs. | **ORDER** |
| **NEVADA BENNETT,** | |
| Defendant. | |

Upon further consultation with the supervising probation officer, the Court has reconsidered its denial of Ms. Bennett's motion for early termination of supervised release. Ms. Bennett's conduct over the last three years is proof that continued supervision is unnecessary.

Accordingly, the Order dated May 9, 2013 (doc. 63) is **WITHDRAWN** and, as authorized by 18 U.S.C. § 3583(e)(1), Bennett's motion for early termination of supervised release (doc. 61) is **GRANTED.**

**SO ORDERED**.

Dated this 14th day of May, 2013.

/s/ Dana L. Christensen
Dana L. Christensen, Chief District Judge
United States District Court